UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEISHA BISHOP,<br>　　　Plaintiff,<br>　　v.<br>AURORA LOAN SERVICES LLC,<br>　　　Defendant. | Case No. 18-cv-07300-PJH<br><br>**ORDER**<br>Re: Dkt. No. 23 |

On April 19, 2019, in response to plaintiff's counsel's failure to appear at this action's Case Management Conference—in violation of a court order, see Dkt. 17—this court ordered plaintiff to show cause why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Dkt. 19. Plaintiff was required to file a response to that order by April 26, 2019. Id.

On May 6, 2019, ten days after the deadline had passed, plaintiff's counsel filed her response. That untimely response explained that plaintiff's counsel had miscalendared the date of the CMC, and that though plaintiff's counsel has been a registered Electronic Case Filing ("ECF") user for about 10 years, she had difficulty accessing and using the ECF system. That largely inadequate response was not merely untimely; it was also riddled with typographical errors. In short, plaintiff's counsel's conduct to date has fallen far short of comporting with proper practice in the United States District Court for the Northern District of California.

Despite plaintiff's counsel's poor showing, and in consideration of plaintiff's interests, the court hereby DISCHARGES the April 19, 2019 order to show cause. Plaintiff's counsel, however, is forewarned that the court will strike future untimely filings

or filings that display a level of carelessness similar to that exhibited in plaintiff's response to the order to show cause. In addition, such filings, or any other conduct that fails to comport with proper practice in federal court, may result in sanctions, including dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 6, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge